

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00023-CV

| | | |
|---|---|---|
| IN THE INTEREST OF A.M AND H.M., CHILDREN | § | On Appeal from the 235th District Court |
| | § | of Cooke County (CV17-00557) |
| | § | July 25, 2019 |
| | § | Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
 Justice Dana Womack